UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2009 MAY -4 PM 1:02

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR106-024 |
| ) | |
| CHARLES EDWARD SMITH, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses Case No. CR105-043 against the above-captioned defendant without prejudice. Dismissal is recommended because the Dismissal is recommended because the Summons in this case could not be served despite due diligence over three and a half years, the vehicle was not registered to the Defendant, and the registration was reinstated the same day the citation was issued..

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

**s/Meghan O'Sullivan, Esq.**
Attorney Bar Number: NJ 03010-2005
Attorney for the Government
Office of the Staff Judge Advocate
419 B Street, Building 29718
Fort Gordon, GA 30905-5280
Telephone: (706) 791-1254
E-Mail: meghan.osullivan1@conus.army.mil

Leave of court is granted for the filing of the foregoing dismissal.

Dated: 5-4-09

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA